**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES H. MURRAY,                                                                                        PLAINTIFF
ADC # 91715

v.                                                    4:16CV00619-JM-JJV

DOC HOLLADAY, Sheriff,
Pulaski County; *et al.*                                                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe  and Plaintiff's Objections.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants Holladay, Kelley, John Doe, and City of Little Rock are DISMISSED without prejudice.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 20th day of September, 2016.

_____
JAMES M.  MOODY, JR.
UNITED STATES DISTRICT JUDGE