**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES H. MURRAY,                                                                                            PLAINTIFF
ADC # 91715

v.                                              4:16CV00619-JM

DOC HOLLADAY, Sheriff,
Pulaski County; *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Thompson's Motion for Summary Judgment (Doc. No. 44) is GRANTED and this cause of action is DISMISSED without prejudice.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 21st day of February, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE